UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **FRANKLIN CAPITAL FUNDING, LLC**,<br><br>Plaintiff,<br><br>v.<br><br>**ACE FUNDING SOURCE, LLC**,<br><br>Defendant. | 2:20-CV-12059-TGB-APP<br><br>HON. TERRENCE G. BERG |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, granting Defendant's Motion to Dismiss (ECF No. 4);

It is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED**. The Court has no personal jurisdiction over Defendant Ace Funding.

It is **FURTHER ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan: March 31, 2021

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE